(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED by M M D.C.
JUL 0 6 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

MICHAEL TAYLOR

Plaintiff(s)

v.

ROSA VALENTINE
FERNANDO COLON
TZARDELL BLACKSHEAR

Defendant(s)

___(TITLE OF DOCUMENT)___

I, MICHAEL TAYLOR, plaintiff or defendant, in the above styled cause, WAS A RESIDENT AND PARTICIPATING IN A CONTRACTED PROGRAM FOR HOMELESS VETERANS, (A 90 DAY PROGRAM) I AM FILING A CASE FOR VIOLATION OF FEDERAL RACIAL DISCRIMINATION ALONG WITH PERSONAL INJURY. I WOULD APPRECIATE THE OPPORTUNITY TO PRESENT THE FACTS OF MY CLAIM TO THE COURT. THE FOLLOWING FACTS ARE PROOF OF THE RACIAL DISCRIMINATION/PERSONAL INJURY I EXPERIENCED.

I WAS ENROLLED IN THE PROGRAM ON 5.12.17 AND WRONGFULLY DISCHARGED ON 6.16.17, WHICH CAUSED ME TO BE HOSPITALIZED FROM STRESS RELATED INJURIES (I CAN PROVIDE MEDICAL RECORDS).

(CONT.) →

(Rev. 10/2002) Complaint

*(Statement of Facts)*

My claim of Racial Discrimination is proven by a statement by the case manager Rosa Valentin on Tues. 6·13·17 that, "You haven't done anything since you have been here, You people are so lazy." The following is a list of my activities: On Wed. 5·17·17 attempted to meet with case manager Rosa Valentin, but was told she was not available. On Thurs. 5·25·17 attempted to meet with same case manager but was not available. (On 5·15·17 began employment search, acquired and reported to job site on 5·22·17, (will give details, project did not work out.) Continued job search. Met with Director, Fernando Cocom, and suggested weekly conflict resolution meetings and appointing VA/or clients liason between staff/residents, the Director agrees. (I also witnessed 2 Afro Americans discharged, a female Sat. 6·3·17 and a male Thurs. 6·8·17 without any assistance for relocation.) Met with case manager Rosa Valentin on 6·13·17 and informed I would be discharged on Fri. 6·16·17. (Without any referrals to other shelters or programs.) Met with VA Coordinator and case manager Tzardell Blacksher on same day to inform her of wrongful discharge but she supported discharge without investigating validity of discharge.

(Rev. 10/2002) General Document

6.14.17

ON WED. ATTEMPTED TO MEET WITH VA COORDINATORS & SUPERVISOR, BUT WAS TOLD SHE WAS IN MEETINGS ALL DAY. THAT SAME DAY I DEVELOPED A VERY SEVERE HEADACHE, ON THURS 6.15.17 WHILE PACKING MY BELONGINGS I EXPERIENCED VERY SHARP CHEST PAINS, WHICH CAUSED ME TO BE HOSPITALIZED. (STRESS RELATED ACCORDING TO VA DOCTOR.)

ALSO, THEIR WERE (IS) SEVERAL CUBAN, AND CAUCASIAN RESIDENTS WHICH HAVE BEEN AT THE FACILITY FOR SEVERAL MONTHS WITHOUT EMPLOYMENT AND ARE NOT SEEKING EMPLOYMENT.

Certificate of Service

I MICHAEL TAYLOR, certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: MICHAEL TAYLOR
Printed or typed name of Filer
(PRO SE)
Florida Bar Number
NON AT PRESENT
Phone Number
1550 N. MIAMI AV.
Street Address
MIAMI, FL. 33136
City, State, Zip Code

Signature of Filer
WSLMTAYLOR1960@GMAIL.com
E-mail address
NONE
Facsimile Number